IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RANDALL S. YOUNG and THESSA G. YOUNG, as next friends of ASHTON YOUNG | } } } } |
| VS. | } } |
| MEMORIAL HERMANN HOSPITAL SYSTEM, d/b/a MEMORIAL HERMANN HOSPITAL, MEMORIAL HERMANN HEALTHCARE SYSTEM, STACY MACDONALD, R.N., ALI RIEDLE, R.N., RURAL/METRO OF TEXAS, L.P., RURAL/METRO OF TEXAS, G.P., INC., RURAL/METRO OF TEXAS. INC., OF TEXAS, INC., JOSE MEDINA, M.D. KATRIN Y. TAKENAKA, M.D. | } } } } } } } } } } } CIVIL ACTION NO. H-03-1859 |

**<u>FINAL SUMMARY JUDGMENT</u>**

For the reasons expressed in the Memorandum Opinion on Motion for Summary Judgment, it is hereby ORDERED, ADJUDGED, and DECREED that the Motions for Summary Judgment. filed by Defendants Memorial Hermann Hospital System, d/b/a Memorial Hermann Hospital, Memorial Hermann Healthcare System ("Memorial Hospital Entities"), Stacy MacDonald, R.N., and Ali Riedle, R.N. (Instrument No. 151), by Jose Medina, M.D., and Katrin Y. Takenaka, M.D. (Instrument No. 176), and by The Rural/Metro Entities: Rural/Metro of Texas, L.P., Rural/Metro of Texas, G..P., Inc., and Rural/Metro of Texas, Inc.(Instruments No. 146) are GRANTED.

It is further ORDERED, ADJUDGED, and DECREED that Plaintiffs Randall S. Young and Thessa G. Young, as next friends of Ashton Young take nothing by their suit and that the action be dismissed on the merits.

It is further ORDERED, ADJUDGED, and DECREED that Defendants Memorial Hermann Hospital System, d/b/a Memorial Hermann Hospital, Memorial Hermann Healthcare System, Stacy MacDonald, R.N., Ali Riedle, R.N., Rural/Metro of Texas, L.P., Rural/Metro of Texas, G..P., Inc., and Rural/Metro of Texas, Inc. recover of the Plaintiffs Randall S. Young and Thessa G. Young, as next friends of Ashton Young their costs of action.

This is a Final Judgment

SIGNED at Houston, Texas, this 14th day of July, 2006.

MELINDA HARMON
UNITED STATES DISTRICT JUDGE